CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 18 2012

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 7:11CR00044 |
| v. | ) |
| | ) ORDER |
| | ) |
| TRAVIS LEON DAVIDSON | ) |
| | ) By: Glen E. Conrad |
| Defendant. | ) Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the defendant's pro se motions to amend or correct judgment (ECF Nos. 78, 79, 81, and 82) are hereby **DENIED**.

ENTER: This 17th day of May, 2012.

/s/ Glen E. Conrad
Chief United States District Judge