CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 16 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TRAVIS LEON DAVIDSON, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 7:12-cv-80525 |
| ) | Criminal Action No. 7:11-cr-00044 |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Glen E. Conrad |
| ) | Chief United States District Judge |
| Respondent. ) | |

This case is before the court on Travis Leon Davidson's 28 U.S.C. § 2255 motion to vacate. For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the United States' motion to dismiss is **GRANTED**, Davidson's motion to vacate is **DENIED**, and a certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to Davidson and to all counsel of record.

ENTER: This 5th day of April, 2013.

_____
Chief United States District Judge